UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BLUE CASTLE (CAYMAN) LTD.,

                *Plaintiff*,

– against –

DAVID JONES, *et al.*,

                *Defendants*.

**ORDER**
25-cv-00152 (NCM) (ST)

**NATASHA C. MERLE**, United States District Judge:

      This Court has received the Report and Recommendation ("R&R") dated November 21, 2025, from the Honorable Steven Tiscione, United States Magistrate Judge. ECF No. 25. No objections have been filed.

      The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

      Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiff's motion for default judgment is granted in part and denied in part. Plaintiff's motion to drop defendant Robert Baxmeyer from the case is granted. Plaintiff is awarded $990,524.11 in damages which may be recouped from the foreclosure sale. Defendant David Jones shall be liable for any deficiency. Plaintiff's request for attorneys' fees and costs is denied with leave to refile. By January 12, 2026, plaintiff shall propose a referee for the foreclosure and sale of the property, including their *curriculum vitae* demonstrating their qualification as referee in this matter. Plaintiff is further directed to provide a proposed judgment of foreclosure and sale consistent with this Order by the same date. The Clerk of Court is respectfully directed to dismiss defendant Robert Baxmeyer from this action.

**SO ORDERED.**

                                                       */s/ Natasha C. Merle*
                                                    NATASHA C. MERLE
                                                    United States District Judge

Dated:      December 12, 2025
               Brooklyn, New York